IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:11CR6 |
| CESAR DAVID VELASQUEZ (37) a/k/a Montecarlos | § § | |

**SECOND AMENDED ORDER FOR PSYCHIATRIC EXAMINATION**

Upon receiving information from the Bureau of Prisons that an outpatient psychiatric examination of Defendant will not be possible by FCI Fort Worth personnel, the Court hereby amends it order of June 21, 2011, as follows:

IT IS ORDERED pursuant to Title 18 United States Code Section 4241 that Defendant Cesar David Velasquez undergo a psychiatric or psychological examination on an outpatient basis at a facility to be determined by the U. S. Attorney's Office. The examination shall take place during normal daytime work hours and Defendant's attorney shall make arrangements for Defendant to appear at the designated time and place.

The examining psychiatrist or psychologist shall then prepare a report to be filed with the Court pursuant to Title 18, United States Code Section 4247( c), directed at determining the mental condition of the Defendant. This report shall include an analysis of whether there is a reasonable cause to believe the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Copies of said report shall be prepared for government counsel

and for the defense. The Court further finds that any time of delay resulting from the examination shall be excludable time under the Speedy Trial Act as provided by Title 18, United States Code Section 3161(h)(I)(A).

**SIGNED this 15th day of August, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE