IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:11CR6 |
| | § | Judge Crone |
| CESAR DAVID VELASQUEZ (37) | § | |
| a/k/a Montecarlos | § | |

## NOTICE OF PLEA AGREEMENT

Now Comes the United States of America by and through its United States Attorney and would show the Court the defendant, **Cesar David Velasquez**, and the Government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY


  /s/
G. R. JACKSON
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on this the 12th day of December, 2012.

/s/
G. R. Jackson