IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:11CR6 |
| | § | Judge Crone |
| CESAR DAVID VELASQUEZ (37) | § | |
| a/k/a Montecarlos | § | |

## **ELEMENTS OF THE OFFENSE**

You are charged in Count One of the Information with a violation of 21 U.S.C. § 843(b), Use of a Communication Facility to Facilitate the Commission of a Drug Trafficking Felony.  The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

1. That you knowingly used a communication facility; and

2. That you used the communication facility to with the intent to facilitate the commission of the offense of conspiracy to knowingly and intentionally distribute and possess with intent to distribute cocaine and methamphetamine.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

  /s/
G. R. JACKSON
Assistant United States Attorney

**Elements of the Offense - Page 1**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on this the 12th day of December, 2012.

/s/
G. R. JACKSON
