IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 13 2012

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11CR6 |
| | § | Judge Crone |
| CESAR DAVID VELASQUEZ (37) | § | |
| a/k/a Montecarlos | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

Violation: 21 U.S.C. § 843(b)
(Use of a Communication Facility to Facilitate the Commission of a Drug Trafficking Felony)

From on or about March 11, 2009, and continuing thereafter up to and including January 4, 2012, in the Eastern District of Texas and elsewhere, **Cesar David Velasquez** a/k/a Montecarlos, defendant, did knowingly and intentionally use a communication facility, a cellular telephone, in facilitating the commission of acts constituting a felony under 21 U.S.C. § 846, that is a conspiracy to knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine and a mixture or substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. § 843(b).

Information - Page 1

                                            Respectfully submitted

                                            JOHN M. BALES
                                            UNITED STATES ATTORNEY

_12/12/12_                                       _/s/ G. R. Jackson_
Date                                               G. R. JACKSON
                                              Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11CR6 |
| | § | Judge Crone |
| CESAR DAVID VELASQUEZ (37) | § | |
| a/k/a Montecarlos | § | |

## NOTICE OF PENALTY

### Count One

VIOLATION:         21 U.S.C. § 843(b)

PENALTY:           Imprisonment for not more than four years; a fine of not more than $250,000, a term of supervised release of not more than one year.

SPECIAL ASSESSMENT: $100.00

Information - Page 3