IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:11CR6 |
| | § | Judge Crone |
| CESAR DAVID VELASQUEZ (37) | § | |
| a/k/a Montecarlos | § | |

## STATEMENT OF FACTS IN SUPPORT OF PLEA AGREEMENT

**Cesar David Velasquez** a/k/a Montecarlos, the defendant, hereby stipulates and agrees that at all times relevant to the Information herein, the following facts were true:

1.     That the defendant, who is changing his plea to guilty, is the same person charged in the Information.

2.     That the events described in the Information occurred in the Eastern District of Texas and elsewhere.

3.     That the defendant used a communication facility.

4.     That the defendant used the communication facility with the intent to further the commission of the offense of conspiracy to knowingly and intentionally distribute and possess with intent to distribute cocaine and methamphetamine.

5.     That the defendant helped various co-conspirators distribute and possess with intent to distribute cocaine and methamphetamine by using cellular telephones to have coded conversations about drug trafficking activity with those co-conspirators.

**Statement of Facts - Page 1**

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6.    I have read this Statement of Facts and the Information and have discussed them with my attorney.  I fully understand the contents of this Statement of Facts and agree without reservation that it accurately describes the events and my acts.

Dated: ___11/28/12___                              ___LV_____
                                                   CESAR DAVID VELASQUEZ
                                                   Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7.    I have read this Statement of Facts and the Information and have reviewed them with my client.  Based upon my discussions with the defendant, I am satisfied that the defendant understands the Statement of Facts and the Information.

Dated: ___12/5/12___                               ___Clark Birdsall_____
                                                   CLARK E. BIRDSALL
                                                   Attorney for the Defendant

Statement of Facts - Page 2